# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Thomas B. Ivey
Chapter 7  Case No. 08−11515−SDB
    *Debtor(s)*

Todd Boudreaux, Chapter 7 Trustee
    *Plaintiff(s)*

vs.　　　　　　　　　　　　　　　　　　Adversary Proceeding
　　　　　　　　　　　　　　　　　　　No. 15−01021−SDB

Richard Stanley
Susan Deal
    *Defendant(s)*

## NOTICE OF HEARING IN ADVERSARY PROCEEDING

*NOTICE IS HEREBY GIVEN THAT:* a hearing to show cause why the above−referenced adversary proceeding should not be dismissed for failure to prosecute will be held on:

**August 20, 2015 , at 09:00 AM**
**Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901**

    *Lucinda B. Rauback, CLERK*
    United States Bankruptcy Court
    PO Box 1487
    Augusta, GA 30903

Dated **June 22, 2015**

A−10[Rev. 05/12] **LA**